JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO HERNANDEZ VELASQUEZ, <br><br> Petitioner, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, et al., <br><br> Respondent. | Case No. CV 18-9501-ODW (SP) <br><br><br> **JUDGMENT** |

Pursuant to the Memorandum and Order Granting Voluntary Dismissal,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: December 5, 2019

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE